# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MICHAEL SILUK, JR.,

        Appellant

        v.

THE PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, AND CATHERINE MERWIN, DIRECTOR OF PERRY COUNTY, DOMESTIC RELATIONS SECTION,

        Appellees

: No. 32 MAP 2014
:
:
:
:
:
: Appeal from the Order of the
: Commonwealth Court at No. 22 M.D.
: 2012, dated February 25, 2014
:
:
:
:
:
:
:
:

## <u>ORDER</u>

PER CURIAM                                    DECIDED:  November 19, 2014

**AND NOW**, this 19th day of November, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED**.